UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-07663-DDP (FFMx) | Date | December 3, 2014 |
|---|---|---|---|
| Title | Vinod Chhabra v. DeVry University Inc et al | | |

| Present: The Honorable | Dean D. Pregerson, United States District Judge |
|---|---|

| Jesus Duneghy | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS)**   Order Vacating Hearing on MOTION to Dismiss [10] and MOTION to Remand Case [13]

The hearing on the above-referenced motions, scheduled for December 8, 2014 at 10:00 A.M., is hereby **VACATED** and taken off calendar.  No appearances are necessary.

The matters stand submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | JD | |