JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOD CHHABRA, | Case No. CV 14-07663 DDP (FFMx) |
| Plaintiff, | |
| v. | **ORDER OF REMAND** |
| DEVRY UNIVERSITY, INC., an Illinois corporation registered in the State of California; DEVRY UNIVERSITY, an entity of unknown capacity; DEVRY, INC., a Delaware corporation registered in the State of California; SCOTT SAND, an individual; KELLI SPENCE, an individual; BRIAN PORTER, an individual, | |
| Defendants. | |

At the request of the parties the Court orders that this action be, and hereby is, remanded.  The  MOTION TO REMAND (DOCKET NUMBER 25) is vacated.

Dated: March 27, 2015

DEAN D. PREGERSON
United States District Judge